IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DEWAYNE BLOUNT,
         Plaintiff,
    v.                                       **Judgment in a Civil Case**
BRIAN HARRIS; ERIC JOHNSON,
         Defendants.                 Case Number: 5:11-CT-3144-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

<u>This Judgment Filed and Entered on February 3, 2012, with service on:</u>
Dewayne Blount, Greene County Detention Center, 301 N. Greene Street, Snow Hill, NC 28580 (via U.S. Mail)

  February 3, 2012                                                    /s/ Dennis P. Iavarone
                                                                             Clerk