IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEWAYNE BLOUNT,<br>        Plaintiff,<br>    v.<br>BRIAN HARRIS; ERIC JOHNSON,<br>        Defendants. | **Judgment in a Civil Case**<br><br>Case Number: 5:11-CT-3144-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

<u>This Judgment Filed and Entered on February 3, 2012, with service on:</u>
Dewayne Blount, Greene County Detention Center, 301 N. Greene Street, Snow Hill, NC 28580 (via U.S. Mail)

    February 3, 2012                                           /s/ Dennis P. Iavarone
                                                                                     Clerk